IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM RANDY KNOTT, ) | Case Number:   4:06CV3201 |
| ) | |
| Plaintiff , ) | |
| ) | |
| v. ) | REASSIGNMENT ORDER |
| ) | |
| HARDSTEEL PRODUCTION, INC., ) | |
| ) | |
| Defendant. ) | |

The Clerk's office has been advised that the defendant does not consent to proceed before a United States Magistrate Judge.  Accordingly,

IT IS ORDERED that this case is reassigned to Senior District Judge Warren K. Urbom for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 13th day of October, 2006.

BY THE COURT:


s/ Joseph F. Bataillon, Chief Judge
United States District Court