IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM RANDY KNOTT,<br><br>   Plaintiff,<br><br>  vs.<br><br>HARDSTEEL USA, INC.,<br><br>   Defendant. | 4:06CV3201<br><br>ORDER |

This matter is before the court following a telephone conference with counsel for the parties on March 1, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **April 26, 2007, at 12:00 p.m. Central Daylight Time**. Counsel shall initiate the telephone conference.

DATED this 1st day of March, 2007.

                BY THE COURT:

                s/Thomas D. Thalken
                United States Magistrate Judge