IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **William Randy Knott,** ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 4:06-cv-3201 |
| **v.** ) | |
| ) | |
| **Hardsteel, Production, Inc.** ) | |
| **and Hardsteel Erection, Inc.,** ) | |
| **Defendants.** ) | |

### ORDER FOR EXTENSION OF TIME FOR
### PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S
### MOTION FOR SUMMARY JUDGMENT

This matter having come before the Court on this 22nd day of August, 2007, on the Plaintiff's Unopposed Motion for Extension of Time for Plaintiff to File Response to Defendant's Motion for Summary Judgment, that Plaintiff's Motion is hereby sustained, and Court hereby Orders that Plaintiff be allowed up to and including the 9th day of September, 2007 to file his response to Defendant's Motion for Summary Judgment herein.

IT IS SO ORDERED.

/s Joseph F. Bataillon
Judge of the United States District Court
District of Nebraska