IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WILLIAM RANDY KNOTT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:06CV3201** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **HARDSTAAL USA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the parties' Stipulated Motion For Extension of Defendant's Date For Filing Discovery Motions (Filing No. 45). The parties seek to extend the deadline for filing discovery motions, from October 10, 2007 to October 26, 2007, in order to allow time for the deposition of the plaintiff on damages during the week of October 22, 2007.  Upon consideration,

**IT IS ORDERED:**

1. The parties' Stipulated Motion For Extension of Defendant's Date For Filing Discovery Motions (Filing No. 45) is granted.

2. The deadline for filing discovery motions is extended until **October 26, 2007**.

DATED this 9th day of October, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge