IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WILLIAM RANDY KNOTT,                      CASE NO. 4:06-cv-3201

             Plaintiff,

     v.                                           **JUDGMENT OF DISMISSAL**
                                                            **WITH PREJUDICE**
HARDSTAAL USA, INC.,
d/b/a HARDSTEEL, INC.,

             Defendant.

      THIS MATTER comes before the Court on the Joint Motion of the parties for entry of an order of dismissal with prejudice. The Court finds that the joint motion of the parties should be granted.

      IT IS THEREFORE ORDERED that the motion to dismiss is granted and the above captioned action shall be, and hereby is, dismissed with prejudice and with each party to pay its own costs.

      DATED: January 3, 2008.

                                            BY THE COURT:

                                            s/ Joseph F. Bataillon
                                            Chief United States District Court

knott-order.rtf.wpd

COPIES TO:

William J. Pauzauskie
216 Southwest Seventh Street
Topeka, KS  66603
   and
Ronald Pope
Ralston, Pope & Diehl, LLC
2913 SW Maupin Lane
Topeka, KS  66614
Attorneys for Plaintiff


Thomas J. Culhane - #10859
Erickson | Sederstrom, P.C.
Regency Westpointe, Suite 100
10330 Regency Parkway Drive
Omaha, NE  68114-3761
(402) 397-2200
Attorneys for Defendant

knott-order.rtf.wpd